USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1129  MELVIN A. BROWN, Plaintiff, Appellant, v. COMMONWEALTH OF MASSACHUSETTS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Michael A. Ponsor, U.S. District Judge] ____________________ Before Boudin, Stahl and Lynch, Circuit Judges. ____________________ Melvin A. Brown on brief pro se. Scott  Harshbarger, Attorney General, and H.  Gregory  Williams, Assistant Attorney General, on brief for appellees Commonwealth of Massachusetts, Supreme Judicial Court, Appeals Court, Appellate Tax Board, Chicopee District Court Small Claims Division, and William Weld, a natural person, as Governor of the Commonwealth of Massachusetts. William  J. O'Grady, Associate City Solicitor, Chicopee Law Department, on brief for appellee City of Chicopee (City of Chicopee Board of Sewer Commissioners, and Board of Water Commissioners). ____________________ August 5, 1997 ____________________ Per  Curiam. Plaintiff-appellant Melvin A. Brown appeals pro se from the dismissal of a 42 U.S.C. S 1983 complaint alleging denial of equal protection and deprivation of property without due process of law. Having carefully reviewed the record and the parties' briefs, we are persuaded the decision below should be affirmed essentially for the reasons stated in the magistrate's report and recommendation dated December 10, 1996. We add simply that appellant has waived any substantive due process argument based on his failure to raise the issue in the district court. Affirmed. -2-